UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| AGATHA LEWANDOWSKA GIANNESE and ANDREA FAHEY, individually and on behalf of all others similarly situated, | : : : : : : | Civil Action No. 3:25-cv-1717 (VAB) |
| Plaintiffs, | : : | |
| v. | : : | |
| EDGEWELL PERSONAL CARE BRANDS, LLC, | : : : | |
| Defendant. | : : | DECEMBER 10, 2025 |

## <u>APPEARANCE OF COUNSEL</u>

**PLEASE TAKE NOTICE** that the undersigned counsel, who is admitted to practice before this Court, hereby appears for Defendant Edgewell Personal Care Brands, LLC, and requests that all further papers and correspondence be served upon him.

DEFENDANT,
EDGEWELL PERSONAL CARE BRANDS, LLC

By:  _/s/ James D. Geisler_____
    Lauren R. Greenspoon (ct04846)
    James D. Geisler (ct31447)
    SHOOK, HARDY & BACON L.L.P.
    185 Asylum Street
    City Place 1, Suite 3701
    Hartford, CT 06103
    Tel. No.: (860) 515-8901
    Fax No.: (860) 515-8911
    LGreenspoon@shb.com
    JGeisler@shb.com

    and

    Megan McCurdy (*pro hac vice forthcoming*)
    Ashley M. Crisafulli (*pro hac vice forthcoming*)

STINSON LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Tel. No.: (816) 691-2649
Fax No.: (816) 412-9733
Megan.Mccurdy@stinson.com
Ashley.Crisafulli@stinson.com

Their Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **DECEMBER 10, 2025**, a copy of the foregoing **APPEARANCE OF COUNSEL** was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.


*/s/ James D. Geisler*
James D. Geisler