UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE and ANDREA FAHEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Civil Action No. 3:25-cv-1717 (VAB)<br><br><br><br><br><br><br><br><br><br><br>DECEMBER 10, 2025 |

**CORPORATE DISCLOSURE STATEMENT OF**
**EDGEWELL PERSONAL CARE BRANDS, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Edgewell Personal Care Brands, LLC, states as follows:

1. Edgewell Personal Care Brands, LLC, is a private, non-governmental party, and its sole member is Edgewell Personal Care Company, a publicly held company.

2. The Vanguard Group, Inc. and BlackRock Inc. own more than ten percent (10%) of Edgewell Personal Care Company's stock.

DEFENDANT,
EDGEWELL PERSONAL CARE BRANDS, LLC


By:  /s/ Lauren R. Greenspoon
      Lauren R. Greenspoon (ct04846)
      James D. Geisler (ct31447)
      SHOOK, HARDY & BACON L.L.P.
      185 Asylum Street
      City Place 1, Suite 3701
      Hartford, CT 06103
      Tel. No.: (860) 515-8901
      Fax No.: (860) 515-8911
      LGreenspoon@shb.com
      JGeisler@shb.com

      and

      Megan McCurdy (*pro hac vice forthcoming*)
      Ashley M. Crisafulli (*pro hac vice forthcoming*)
      STINSON LLP
      1201 Walnut, Suite 2900
      Kansas City, Missouri 64106
      Tel. No.: (816) 691-2649
      Fax No.: (816) 412-9733
      Megan.Mccurdy@stinson.com
      Ashley.Crisafulli@stinson.com

Their Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on **DECEMBER 10, 2025**, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF EDGEWELL PERSONAL CARE BRANDS, LLC** was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lauren R. Greenspoon*
Lauren R. Greenspoon
Attorney for Defendant
