UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE and ANDREA FAHEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>Defendant. | Civil Action No. 3:25-cv-1717 (VAB)<br><br><br><br><br><br><br><br><br><br><br>DECEMBER 10, 2025 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs Agatha Lewandowska Giannese and Andrea Fahey (collectively, "Plaintiffs") and Defendant Edgewell Personal Care Brands, LLC ("Edgewell"), respectfully move the Court for an order extending the deadline for Edgewell to file a responsive pleading to Plaintiffs' complaint and the deadline for Plaintiffs and Edgewell (collectively, the "Parties") to conduct their Rule 26(f) conference. The parties also request a corresponding extension of the deadline to file their 26(f) Report of Parties' Planning Meeting. In support, the Parties submit the following:

1. On October 10, 2025, Plaintiffs filed their Class Action Complaint.

2. Plaintiffs filed a Waiver of Service signed by Edgewell's counsel on October 30, 2025.

3. Edgewell's responsive pleading deadline is December 15, 2025.

4. The Parties have an early mediation scheduled for January 27, 2026.

5.      In light of the mediation, the Parties respectfully request that the Court extend Edgewell's deadline to file a responsive pleading to February 27, 2026.

6.      Pursuant to Local Rule 26(f), the Parties must conduct a planning conference consistent with Fed. R. Civ. P. 26(f) within thirty (30) days of the first appearance of a defendant. With Edgewell's counsel entering their appearances on December 10, 2025, the current deadline for the Parties to conduct a Rule 26(f) conference is January 9, 2026.

7.      For the sake of consistency and efficiency, the Parties jointly request that the deadline for the Parties to hold their Rule 26(f) conference be extended to February 27, 2026, the same date as the new deadline for Edgewell to file a responsive pleading.

8.      The Parties also request that the Court extend the Parties' deadline to file their 26(f) Report of Parties' Planning Meeting until thirty days following Edgewell's deadline to file a responsive pleading, March 30, 2026.

9.      All parties have consented to the extensions requested herein.

10.     This is the Parties' first request for an extension of these deadlines.

11.     The Parties do not seek this extension to delay this proceeding, but instead seek additional time to explore an early resolution.

WHEREFORE, pursuant to D. Conn. L. Civ. R. 7(b), the Parties jointly move that this Court enter an Order extending the deadline for Edgewell to file a responsive pleading to Plaintiffs' Complaint and the deadline for the Parties to hold their Rule 26(f) conference to February 27, 2026, and a corresponding order extending the deadline to file their 26(f) Report of Parties' Planning Meeting up to and including March 30, 2026.

PLAINTIFFS,
AGATHA LEWANDOWSKA GIANNESE,
ANDREA FAHEY, and the Proposed Classes

By: */s/James J. Reardon, Jr.*
    Reardon Scanlon LLP
    45 South Main Street Suite 305
    West Hartford, CT 06107
    860-955-9455
    Fax: 860-520-5242
    james.reardon@reardonscanlon.com

DEFENDANTS,
EDGEWELL PERSONAL CARE BRANDS, LLC

By: */s/ Lauren R. Greenspoon*
    Lauren R. Greenspoon (ct04846)
    James D. Geisler (ct31447)
    SHOOK, HARDY & BACON, L.L.P.
    185 Asylum Street
    City Place 1, Suite 3701
    Hartford, CT 06103
    Tel. No: (860) 515-8901
    Fax No.: (860) 515-8911
    LGreenspoon@shb.com
    JGeisler@shb.com

    and

    Megan McCurdy (*pro hac vice forthcoming*)
    Ashley M. Crisafulli (*pro hac vice forthcoming*)
    STINSON LLP
    1201 Walnut, Suite 2900
    Kansas City, Missouri 64106
    Tel. No: (816) 691-2649
    Fax. No: (816) 412-9733
    megan.mccurdy@stinson.com
    ashley.crisafulli@stinson.com

    Their Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 10, 2025, a copy of the foregoing **Joint Motion for Extension of Time** was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By: *<u>Lauren R. Greenspoon</u>*
Attorney for Defendants