# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| A. Lewandowska Giannese et al. | 3:25-cv-01717-VAB |
| *Plaintiff* | *Case No.* |
| vs. | |
| Edgewell Personal Care Brands, LLC | December 16, 2025 |
| *Defendant* | *Date* |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(e), I  James J. Reardon, Jr. , an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit  Frank Hedin  pro hac vice to the Bar of this Court for the purpose of appearing on behalf of  ■ plaintiff(s)  ☐ defendant(s)

A. Lewandowska Giannese, A. Fahey  in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney  James J. Reardon, Jr.
                                              *(print name)*

Address  Reardon Scanlon LLP, 45 S. Main St., Suite 305, West Hartford, CT 06017

Phone Number  860-955-5455          Email  james.reardon@reardonscanlon.com

Federal Bar Number  13802

Signature  *James J. Reardon, Jr.* (signature)

Page **1** of **3**

**AFFIDAVIT OF VISTING ATTORNEY**

I, Frank S. Hedin, make this affidavit in support of a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| | |
|---|---|
| Firm | Hedin LLP |
| Address | 1395 Brickell Avenue, Suite 610<br>Miami, FL 33131 |
| Phone Number | 305-357-2017 |
| Fax | 305-200-8801 |
| Email | fhedin@hedinlllp.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number<br>*(or indicate if no bar # issued)* |
|---|---|
| U.S. District Court, Northern District of California | CA Bar No.; 291289 |
| U.S. District Court, Central District of California | CA Bar No.; 291289 |
| U.S. District Court, Southern District of California | CA Bar No.; 291289 |
| U.S. District Court, Southern District of Florida | FL Bar No.; 109698 |
| U.S. District Court, Western District of Wisconsin | N/A |
| U.S. District Court, Western District of Michigan | N/A |
| U.S. District Court, Eastern District of Michigan | N/A |
| U.S. Court of Appeals, Second Circuit | N/A |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

    withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☐ has been included with this filing.

☒ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this __17th__ day of __December__, 20 __25__.

Signed _____

Print Name  Frank S. Hedin

Re. 3/26/25

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Electronic Court Filing system on December 17, 2025, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

/s/ *James J. Reardon, Jr.*