**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

AGATHA LEWANDOWSKA GIANNESE, ET AL.                    3:25-cv-01717 (VAB)
_____                    _____
_Plaintiff_                                                                   _Case No._

vs.

EDGEWELL PERSONAL CARE BRANDS, LLC                    February 24, 2026
_____                    _____
_Defendant_                                                                 _Date_

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the D. Conn. L. Civ. R. 83.1(e), I  Lauren R. Greenspoon                    ,

an active member of the Bar of the U.S. District Court for the District of Connecticut,

respectfully request that the Court admit  George Langendorf          pro hac vice to the

Bar of this Court for the purpose of appearing on behalf of  ☐ plaintiff(s)  ☒ defendant(s)

Edgewell Personal Care Brands, LLC  in the action above.  As the sponsoring attorney, I am a

member of the bar of this Court and have an appearance in this case.  The filing fee has been

paid and I maintain the address listed below.

By Sponsoring Attorney  Lauren R. Greenspoon _____
                                                                   _(print name)_
Address  Shook, Hardy & Bacon L.L.P. _____

 185 Asylum Street, City Place I, Suite 3701, Hartford, CT 06103 _____

Phone Number  860.515.8901 _____  Email  lgreenspoon@shb.com _____

Federal Bar Number  400751 _____

Signature  _____ _/s/Lauren R. Greenspoon_ _____

**AFFIDAVIT OF VISTING ATTORNEY**

I, <u>George Langendorf</u>, make this affidavit in support of

a motion to appear pro hac vice pursuant to Local Rule 83.1(e):

a) My office information is:

| Firm | Hogan Lovells US LLP |
|---|---|
| Address | 125 High Street, Suite 2010 Boston, MA  02110 |
| Phone Number | 617-702-7756 |
| Fax | 617-371-1037 |
| Email | george.langendorf@hoganlovells.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number (or indicate if no bar # issued) |
|---|---|
| USDC, Central and Eastern District of California | 255563 |
| USDC, Northern District of California | 255563 |
| USDC, Southern District of California | 255563 |
| USDC, Northern District of Illinois | 255563 |
| Supreme Court of New York | 4425328 |
| Supreme Court of District of Columbia | 973783 |
| Commonwealth of Massachusetts | 718212 |
| Supreme Court of California | 255563 |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(e), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☑ has been included with this filing.

☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this 24 day of February, 2026.

Signed _____

Print Name  George Langendorf

Re. 3/26/25

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, a copy of the foregoing **MOTION TO APPEAR PRO HAC VICE BY ATTORNEY GEORGE LANGENDORF** was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/Lauren R. Greenspoon*
Lauren R. Greenspoon

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on    **December 17, 2025**,

said Court being the highest Court of Record in said Commonwealth:

## George Freeman Langendorf

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this    **twentieth**    day of    **February**

in the year of our Lord **two thousand and twenty-six.**

ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County



# Supreme Court of California

## JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *GEORGE FREEMAN LANGENDORF*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that GEORGE FREEMAN LANGENDORF, #255563, was on the 5th day of May 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 19th day of February 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____

*LaNae Brooks, Senior Deputy Clerk*