**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE; and ANDREA FAHEY, individually and on behalf of all others similarly situated, | Case No.: 3:25-cv-01717-VAB |
| Plaintiffs, | |
| v. | |
| EDGEWELL PERSONAL CARE BRANDS, LLC, | March 27, 2026 |
| Defendant. | |

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendant Edgewell Personal Care Brands, LLC ("Edgewell") respectfully requests that the Court take judicial notice of the following Exhibits A through E cited in Edgewell's concurrently filed Memorandum of Law in Support of its Motion to Dismiss:

1.        U.S. Food & Drug Admin., Final Administrative Order (OTC000006) Over-the-Counter Monograph M020: Sunscreen Drug Products for Over-the-Counter Human Use (posted September 24, 2021), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/omuf/Order/Final%20Administrative%20Order%20OTC000006_M020-Sunscreen%20Drug%20Products%20for%20OTC%20Human%20Use.pdf, a true and correct copy of which is attached as **Exhibit A** to this Request;

2.        Complaint in *Barrales v. L'Oreal, Inc. USA*, 2:25-cv-07912-AH-MAR (C.D. Cal. Filed 8/22/2025), a true and correct copy of which is attached as **Exhibit B** to this Request;

3.        Complaint in *Fahey v. Sunbum, LLC*, No. 3:25-cv-02263-H-SBC (S.D. Cal. Filed 8/29/2025), a true and correct copy of which is attached as **Exhibit C** to this Request;

4.        Complaint in *Krasnova v. Clinique Laboratories LLC*, No. 1:25-cv-02060 (E.D. Cal. Filed 12/29/2025), a true and correct copy of which is attached as **Exhibit D** to this Request;

5.        U.S. Food & Drug Admin., Proposed Order (OTC000008) Amending Over-the-Counter Monograph M020: Sunscreen Drug Products for Over-the-Counter Human Use (issued September 24, 2021), *available at* https://www.accessdata.fda.gov/drugsatfda_docs/omuf/Order/Proposed%20Administrative%20Order%20OTC000008_Amending%20M020_Sunscreen_Signed24Sept2021.pdf, a true and correct copy of which is attached as **Exhibit E** to this Request.

## LEGAL DISCUSSION

In ruling on a motion to dismiss, the Court may consider facts that are properly subject to judicial notice. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007). Under

Federal Rule of Evidence 201(b)(2), the Court may judicially notice any facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *See also Lindsay v. Tierney*, 2019 WL 132728, at *1 (D. Conn. Jan. 8, 2019). Federal Rule of Evidence 201(c)(2) further provides that courts "must take judicial notice if a party requests it and the court is supplied with the necessary information."

This Court should take judicial notice of Exhibits A and E because the accuracy of FDA records cannot reasonably be questioned. *See Apotex Inc. v. Acorda Therapeutics, Inc.*, 823 F.3d 51, 60 (2d Cir. 2016) (taking judicial notice of FDA guidance document "because the Guidance is publicly available and its accuracy cannot reasonably be questioned"); *see also Colella v. Atkins Nutritionals, Inc.*, 348 F. Supp. 3d 120, 134 n.4 (E.D.N.Y. 2018) ("District courts may take judicial notice of public records of the FDA on a motion to dismiss."); *Koublani v. Cochlear Ltd.*, 2021 WL 2577068, at *5 (E.D.N.Y. June 23, 2021) (taking judicial notice of "public FDA records, including FDA guidance and PMAs on its website" because "[p]recedent supports the Court doing so"); *Simon v. Smith & Nephew, Inc.*, 990 F. Supp. 2d 395, 401 n.2 (S.D.N.Y. 2013) (taking judicial notice of "public records contained on the FDA website").

Likewise, this Court should take judicial notice of Exhibits B through D, which are complaints filed by Plaintiffs' counsel in other jurisdictions. These complaints are public court records whose accuracy cannot be reasonably disputed. *See Kramer v. Time Warner Inc.*, 937 F.2d 767, 774 (2d Cir. 1991) ("[C]ourts routinely take judicial notice of documents filed in other courts ... to establish the fact of such litigation and related filings."); *Rothman v. Gregor*, 220 F.3d 81, 92 (2d Cir. 2000) (taking judicial notice of complaint in another case "as a public record").

For the foregoing reasons, Defendant respectfully requests that this Court take judicial notice of Exhibits A through E.

Dated: March 27, 2026                              Respectfully submitted,


                                        HOGAN LOVELLS US LLP

2
Defendant's Request for Judicial Notice

*/s/ Trenton H. Norris (pro hac vice)*
Trenton H. Norris (Bar No. 209235)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
trent.norris@hoganlovells.com

George Langendorf (Bar No. 209236)
(*pro hac vice*)
125 High Street, Suite 2010
Boston, MA 01944
Telephone: (617) 371-1000
george.langendorf@hoganlovells.com

Lauren R. Greenspoon (ct04846)
James D. Geisler (ct31447)
SHOOK, HARDY & BACON, L.L.P.
185 Asylum Street
City Place 1, Suite 3701
Hartford, CT 06103
Tel. No: (860) 515-8901
Fax No.: (860) 515-8911
lgreenspoon@shb.com
jgeisler@shb.com

James Patrick Muehlberger (51346) (*pro hac vice*)
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Tel. No. 816-474-6550
Fax No. : 816-421-5547
jmuehlberger@shb.com

Patrick L. Oot (ct31556)
SHOOK, HARDY & BACON, L.L.P.
1800 K Street NW
Suite 1000
Washington, DC 20006
Tel. No.: 202-783-8400
Fax No.: 202-783-4211
oot@shb.com

*Attorneys for Defendant*
*EDGEWELL PERSONAL CARE BRANDS, LLC*

3
Defendant's Request for Judicial Notice

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Trenton H. Norris (pro hac vice)*
Trenton H. Norris (Bar No. 209235)

*Attorneys for Defendant*
*EDGEWELL PERSONAL CARE BRANDS, LLC*

Defendant's Request for Judicial Notice