# EXHIBIT A



**CONSUMER PRODUCT TESTING COMPANY**
cptclabs.com

# FINAL REPORT

**SPONSOR:**  Hedin LLP
1395 Brickell Ave, Ste 610
Miami, FL 33131

**ATTENTION:**  Frank Hedin

**TEST:**  Clinical Evaluation of Static Sunscreen Efficacy with the Sun Protection Factor (SPF) Assay and Calculation of the Label SPF following FDA Final Rule 2011 and Final Administrative Order 2021
Protocol: HAQS01-001
Protocol Date: 05/05/2025

**TRIAL NUMBER:**  S25-2125.03

**TEST MATERIAL:**  Product C

Approved By:
Michael Traudt, Ph.D.
Vice President,
Clinical and Photobiology Services

Approved By:
Michael B. Lutz
Technical Director,
Clinical, Photobiology & Bioinstrumentation

Report Date: July 31, 2025



FDA Registration# 1000151293
DEA Registration# RC0199744 Schedule I-V
US EPA/NJ DEP Registration# NJD982726648
ISO/IEC 17025:2017 Accredited

Office: +1 (973) 808-7111   Fax: +1 (973) 808-7234   70 New Dutch Lane Fairfield, NJ 07004-2514

Clinical • Photobiology • Analytical Chemistry • Microbiology • In-Vitro Safety • Consulting

This report is submitted for the exclusive use of the person, partnership, or corporation to whom it is addressed, and neither the report nor the name of these Laboratories nor any member of its staff, may be used in connection with the advertising or sale of any product or process without authorization. Results indicated in this Report apply only to the items tested.



FDA Registration# 1000151293
DEA Registration# RC0199744 Schedule I-V
US EPA/NJ DEP Registration# NJD982726648
ISO/IEC 17025:2017 Accreditation # 80071

# QUALITY ASSURANCE UNIT STATEMENT

**Trial Number:** S25-2125.03

The Consumer Product Testing Company, Incorporated (CPTC) Quality Assurance Unit (QAU) is responsible for auditing the conduct, content and reporting of all clinical trials that are conducted at CPTC.

This trial has been conducted in accordance with the Declaration of Helsinki, the ICH Guideline E6 for *Good Clinical Practice*, the requirements of 21 CFR Parts 50 and 56, other applicable laws and regulations, CPTC Standard Operating Procedures, and the approved protocol.

The CPTC QAU has reviewed all data, records, and documents relating to this trial and also this Final Report. The following QAU representative signature certifies that all data, records, and documents relating to this trial and also this Final Report have been reviewed and are deemed to be acceptable, and that the trial conforms to all of the requirements as indicated above.

All records and documents pertaining to the conduct of this trial shall be retained in the CPTC archives for a minimum of five (5) years. At any time prior to the completion of the fifth archival year, a Sponsor may submit a written request to the CPTC QAU to obtain custody of trial records once the CPTC archive period has been completed. This transfer shall be performed at the Sponsor's expense. In the absence of a written request, trial-related records shall be destroyed at the end of the CPTC archive period with no further notice in a manner that renders them useless.

_____
Quality Assurance Representative

_____
Date

This report is submitted for the exclusive use of the person, partnership, or corporation to whom it is addressed, and neither the report nor the name of these Laboratories nor any member of its staff, may be used in connection with the advertising or sale of any product or process without authorization.

Hedin LLP
S25-2125.03
Page 3 of 11

## Background Information

An over-the-counter sunscreen product in a form suitable for topical administration is generally recognized as safe and effective if it meets the requirements found in the Final Rule issued by the Food and Drug Administration (reference 1).  This trial was designed to evaluate the Sun Protection Factor (SPF) of a test material as a sunscreen product, in accordance with the requirements delineated in this methodology.

## Trial Objective

The primary objective of this trial was to determine the static SPF of a test material using the methodology described in the Final Rule (SPF) Test Method (reference 1) and in the 2021 Final Administrative Order (reference 2).

## Trial Schedule

Initiation Date:
May 29, 2025

Completion Date:
July 16, 2025

## Test Material

Product C
(Expected SPF = 50)

### Standard

A control standard, 7% Padimate O/3% Oxybenzone was run concurrently with the test material to verify proper and consistent performance of test equipment and procedures.  The control standard has a mean SPF of 16.3 with a standard deviation of 3.43.

### Storage

Test materials were stored at ambient temperature and humidity in the container in which they were received by CPTC.

The control standard was stored at ambient temperature and humidity.

### Disposition

At the conclusion of the trial, all remaining test material is retained by CPTC for 60 days and then discarded in accordance with local, state, and federal laws and regulations unless the Sponsor has arranged for a different disposition in writing.

The control standard will be used in additional trials until the entire control standard has been used or the expiration date has been reached.

## Selection and Withdrawal of Subjects

### Number of Subjects

A minimum of 10 valid results were required for the panel. An initial assessment of 1 - 3 subjects was conducted to evaluate a preliminary SPF value. Additional subjects were added to the initial 1 - 3 subjects to form a complete panel of 10 subjects. A maximum of 3 individual results were permitted to be excluded from the calculation of the mean SPF but each exclusion was justified in accordance with the "Rejection of Data" section, appearing later in this Report. Additionally, the Principal Investigator may decide to exclude the results observed to evaluate the preliminary SPF value.

Subjects who meet all of the inclusion criteria and none of the exclusion criteria qualified for the trial.

### Inclusion Criteria

1. Subjects who read, signed and dated an Informed Consent Form that included a HIPAA statement;

2. Subjects who were aged 18 to 65 years, inclusive.

3. Subjects who had a Fitzpatrick skin type I, II or III (described below), or an ITA° ≥28° :

   | Skin Type | Sunburn and Tanning History |
   |-----------|------------------------------|
   | I | Always burns easily; never tans |
   | II | Always burns easily; tans minimally |
   | III | Burns moderately; tans gradually |

4. Subjects were considered dependable and capable of understanding and following directions.

### Exclusion Criteria

1. Subjects who were in ill health, as determined by the Principal Investigator;

2. Subjects who were taking medication, other than birth control, that, in the opinion of the PI, could have influenced the purpose, integrity, or outcome of the trial;

3. Subjects who used any prescribed or OTC anti-inflammatory, antihistamine, corticosteroid, immunosuppressant, or antibiotic drug within 7 days prior to trial initiation;

4. Female subjects who were pregnant, planning to become pregnant or lactating during the trial;

5. Subjects with any visible disease, sunburn, suntan, uneven skin, scars, excessive tattoos, nevi, blemishes, moles, etc., that might be confused with a skin reaction to the test material or, as determined by the PI, might have interfered with the evaluations;

6. Subjects who had a history of abnormal response to sunlight, such as lupus erythematosus or skin cancer;

7. Subjects who were unwilling to have excessive hair clipped;

8.   Subjects who exposed themselves to sunlight (natural or artificial) on the test site; or

9.   Subjects who participated in testing procedures within previous 2 months that precluded a sufficient area being clear of all previous skin tanning.

## Methodology

Potential subjects reported to the Testing Facility and completed an Informed Consent Form to become subjects. The informed consent process fully appraised each potential subject of the risks and benefits associated with the research clinical trial and of the confidentiality requirements relating to the subject's clinical trial records.  If the potential subject agreed to participate in the research clinical trial, then the potential subjects executed the Informed Consent Form (ICF).  Staff who conducted the informed consent process also executed the form, after which the potential subject entered the clinical trial as a subject. Each subject received a signed copy of the fully executed ICF.

If at any time during the clinical trial the subject had questions, the ICF directed the subject to a Subject Rights Advocate, whose contact information was in the Informed Consent Form.

Subjects completed a Medical History Form to determine initial qualification.

## Instrumentation

Multi-port xenon arc solar simulators (300 W) equipped with WG320 and UG11 filters were used as the source of full spectrum UV radiation (Solar Light Company, Philadelphia, PA).  This instrument, described in detail (reference 3), provided a continuous spectral output in the UVB range (290 nm – 320 nm), the UVAII range (320 nm – 340 nm) and the UVAI range (340 nm – 400 nm) that is similar to sunlight.

The performance of the solar simulators depends on their spectral output. Therefore, the solar simulator spectral output specification is less than 1500 W/m² for the total irradiance range of 250 nm to 1400 nm and a beam uniformity of 20% (reference 2).  The maximal irradiance was confirmed to avoid excessive heat feeling during the SPF test.  Irradiance for UVAII and UVAI equaled or exceeded 20% and 60%, respectively, of the full spectrum UV radiation.

The erythemal effectiveness of each wavelength band is expressed as a percentage of the total erythemal effectiveness from less than 290 nm to 400 nm, or as the Percent Erythemal Contribution (%EC).  The following table indicates the %EC acceptable output limits for the solar simulators.

| Wavelength Range (nm) | % Erythemal Contribution | |
| --- | --- | --- |
| | Lower Limit | Upper Limit |
| <290 | | <0.1 |
| 290-300 | 1.0 | 8.0 |
| 290-310 | 49.0 | 65.0 |
| 290-320 | 85.0 | 90.0 |
| 290-330 | 91.5 | 95.5 |
| 290-340 | 94.0 | 97.0 |
| 290-400 | 99.9 | 100.0 |

Hedin LLP
S25-2125.03
Page 6 of 11

Solar simulators were provided an appropriate warm-up period, after which, they were expected to have no significant time-related fluctuations in radiation emissions.  Each solar simulator had good beam uniformity in the exposure plane.  To ensure that the solar simulators deliver the appropriate spectrum of UV radiation, their spectral output is measured biannually with an accurately calibrated spectroradiometer.

The lamp output was measured after warm-up with a UV intensity meter (Model PMA2100, Solar Light Company, Philadelphia, PA) equipped with the appropriate detector before and after the test period.  The delivered dose to each subsite was within 10% of the expected dose.

### Determination of Preliminary MED of Unprotected Skin

#### Methodology

Prior to the test material phase, the MEDu of each subject was determined by a progressive sequence of UV radiation exposures, each of which was graduated incrementally by 25% over that of the previous exposure. In certain instances, the Principal Investigator determined the validity of utilizing a historical preliminary MED.

#### Evaluation

The test sites were evaluated for erythema according to the MED Scoring Scale, described below.  The MEDu is the smallest UV dose that produces perceptible redness of the skin (erythema) with clearly defined borders at 16 to 24 hours after UV exposure (Score of at least 1 on the MED Scoring Scale). The MEDu test site was in close proximity to the MEDp test sites.

| Score | Description |
|-------|-------------|
| 0 | No erythema present |
| 0.5 | Ambiguous erythema, and/or no clear border, and/or not filling more than 50% of the exposure subsite |
| 1 | Perceptible unambiguous erythema with defined borders filling more than 50% of the exposure subsite |
| 2 | Moderate to intense erythema |

### Test Phase

#### Test Sites / Area

A sufficient number of 40 cm² test sites were outlined with a surgical marking pen on the subject's back between the scapulae and the beltline, lateral to the midline.  There was a minimum distance of 1 cm between the borders of adjacent test sites.

These test sites were designated for each test material being tested, control standard, and MEDu (unprotected skin). The position of the test sites was randomly distributed on the back over the entire panel of subjects according to a Testing Facility generated Randomization Schedule.

Hedin LLP
S25-2125.03
Page 7 of 11

**Application of Test Material(s) and Control Standard**

The test material(s) and control standard were evenly spread / applied to the appropriate test sites over 35 ± 15 seconds, using a gloved finger, at an application rate of approximately 2 mg/cm². The seconds utilized to complete application, application completion time, and actual weight applied were recorded on the CRF.

The test sites were allowed to air dry for at least 15 minutes after application.

**UV Exposures**

All test sites were divided into 6 subsites, used for a progressive sequence of timed UV radiation exposures. The area of each subsite was at least 0.5 cm² with a minimum of 0.8 cm distance between each adjacent subsite border.

The preliminary MEDu evaluation score along with the expected SPF of test material(s) was used to determine UV exposure for each subsite. The UV exposure for the Control Standard and MEDu was based on the expected SPF of 16.3 and 1, respectively.

For 6 subsites, UV exposures were divided as follows where X is the expected SPF:

| Expected SPF | % Increments | Subsite 1 | Subsite 2 | Subsite 3 | Subsite 4 | Subsite 5 | Subsite 6 |
|---|---|---|---|---|---|---|---|
| <8 | 25% | 0.51X | 0.64X | 0.80X | 1.00X | 1.25X | 1.56X |
| 8-15 | 20% | 0.58X | 0.69X | 0.83X | 1.00X | 1.20X | 1.44X |
| >15 | 15% | 0.66X | 0.76X | 0.87X | 1.00X | 1.15X | 1.32X |

**Evaluation of Immediate Responses**

After completion of UV exposure, the control standard and test materials were gently removed using a cotton pad with a mild lotion such as makeup remover or other similar product, when neccessary.

Immediate reddening, darkening/tanning, and generalized heat responses were recorded on CRFs.

Prior to dismissal, each subject was instructed to shield the test sites from further UV radiation until evaluation of the subsites the following day.

**Evaluation of Erythema 16-24 Hours Post UV Exposure**

Each subsite was evaluated 16 to 24 hours after exposure to determine a final MED, using the previously listed scoring scale.

Evaluations were performed in sufficient illumination (tungsten or warm white fluorescent lighting) with at least 450 lux.

The qualified evaluator was not be the same person who applied the test material or delivered the UV radiation.

Hedin LLP
S25-2125.03
Page 8 of 11

## Statistical Methods

### Rejection of Data

Test data from a subject was considered invalid and rejected for the following reasons:

- If the exposure series failed to elicit a MED response (erythema) on any of the subsites for either the treated or unprotected test sites;
- If the exposure series elicited a MED response (erythema) on all subsites for either the treated or unprotected test sites;
- If the MED response (erythema) on any test site (treated or unprotected) was inconsistent with the UV exposure series; or
- If the subject was noncompliant (*e.g.*, subject withdrew from the test due to illness or work conflicts, subject did not shield the exposed test sites from further UV radiation until the MED was evaluated, etc.).

### SPF Calculation for Test Material on a Subject (SPFi)

The SPF is defined as the ratio of the energy of exposure to full spectrum UV, 290 nm – 400 nm, to produce erythema in human skin in the presence of a test material (or control standard), applied at 2 mg/cm$^2$, to that in its absence and is calculated as follows:

$$\text{SPFi} = \frac{\text{MED Protected Skin}}{\text{MED Unprotected Skin}}$$

### SPF Calculation for a Test Material on the Panel

The SPF of the test material is defined as the arithmetic mean of the individual (SPFi) values obtained from the total number (n) of subjects used, expressed to one (1) decimal point:

$$\text{SPF} = (\textstyle\sum \text{SPFi}) / n$$

Its standard deviation, s, is:

$$s = \sqrt{[((\textstyle\sum \text{SPFi}^2) - ((\textstyle\sum \text{SPF i})^2 / n)) / (n-1)]}$$

The standard error (SE) is:

$$\text{SE} = s / \sqrt{n}$$

The SPF for the test material is the largest whole-number less than $x$-A, where $x$ is the mean SPF value of all valid data.

$$\text{Calculation of A:} \quad A = \frac{(t)(s)}{\sqrt{n}}$$

Where  n = number of subjects,
t = upper 5% point from the t distribution with n-1 degrees of freedom and
s = standard deviation.

Hedin LLP
S25-2125.03
Page 9 of 11

For the SPF determination of the test material to be considered valid, the SPF value of the control standard must fall within the standard deviation range of the expected SPF (i.e., 16.3±3.43).

## Amendments

There were no amendments.

## Deviations

There were no deviations.

## Adverse Events

There were no adverse events.

## Test Results

Of the 13 subjects who enrolled into the trial, 13 qualified, and 13 completed the trial.

Overall results were based on data from 10 subjects.

- Data for Subject # 1 were not included in the final results due to erythema in all subsites of the test material treated area.
- Data for Subject # 3 were not included in the final results due to erythema in all subsites of the control material treated area.
- Data for Subject # 8 were not included in the final results due to erythema in all subsites of the test and control material treated areas.

SPF calculations for each subject are shown in Table 1.

## Conclusion

Under the conditions of this clinical trial, the average Sun Protection Factor (SPF) of test material, Product C was calculated to be 22.8 (SPF Label Value = 20).

Hedin LLP
S25-2125.03
Page 10 of 11

## References

1  Labeling and Effectiveness Testing; Sunscreen Drug Products for Over-the-Counter Human Use.  Federal Register 2011:76;35620-35665.

2  Final Administrative Order (OTC000006); Over-the-Counter Monograph M020: Sunscreen Drug Products for Over-the-Counter Human Use (Posted September 24, 2021)

3  Berger DS. Specification and design of solar ultraviolet simulators. *J Invest Dermatol* 1969;53:192-199.

Consumer Product Testing Company, Inc., 70 New Dutch Lane, Fairfield, NJ  07004

Hedin LLP
S25-2125.03
Page 11 of 11

## Table 1

### Individual SPF Values

| Subject # | ID# | Age | Gender | Skin Phototype | ITA° | MED (mJ/cm²) Untreated | MED (mJ/cm²) Standard | MED (mJ/cm²) Test Material | MED (mJ/cm²) Control Standard | MED (mJ/cm²) Product C |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 18972 | 58 | F | II | 58 | 19.0* | 269.8* | <312.1* | 14.2* | <16.4* |
| 2 | 32121 | 58 | F | III | 34 | 22.4 | 345.5 | 609.3 | 15.4 | 27.2 |
| 3 | 13283 | 63 | F | II | 57 | 15.3* | <164.0* | 289.4* | <10.7* | 18.9* |
| 4 | 96660 | 55 | F | II | 50 | 31.0 | 352.0 | 619.9 | 11.4 | 20.0 |
| 5 | 96707 | 33 | F | III | 33 | 34.8 | 493.5 | 801.3 | 14.2 | 23.0 |
| 6 | 94576 | 50 | F | III | 47 | 24.8 | 351.6 | 570.0 | 14.2 | 23.0 |
| 7 | 96161 | 54 | F | II | 41 | 17.7 | 314.4 | 444.0 | 17.8 | 25.1 |
| 8 | 96185 | 18 | F | III | 28 | 38.5* | <412.5* | <506.4* | <10.7* | <13.2* |
| 9 | 43838 | 46 | F | III | 31 | 34.8 | 429.0 | 606.0 | 12.3 | 17.4 |
| 10 | 90518 | 42 | M | III | 28 | 48.2 | 546.1 | 770.4 | 11.3 | 16.0 |
| 11 | 6472 | 63 | M | II | 58 | 15.3 | 188.8 | 405.0 | 12.3 | 26.5 |
| 12 | 36287 | 60 | M | II | 57 | 15.3 | 249.5 | 352.4 | 16.3 | 23.0 |
| 13 | 42116 | 64 | F | II | 56 | 7.9 | 128.7 | 208.8 | 16.3 | 26.4 |

| | | | | | | | | | Control Standard | Product C |
|---|---|---|---|---|---|---|---|---|---|---|
| Average SPF | | | | | | | | | 14.2 | 22.8 |
| Number of Subjects (n) | | | | | | | | | 10 | 10 |
| Standard Deviation | | | | | | | | | 2.27 | 3.87 |
| Standard Error | | | | | | | | | 0.72 | 1.22 |
| t (one-tail) | | | | | | | | | 1.833 | 1.833 |
| A | | | | | | | | | 1.31 | 2.24 |
| SPF Value | | | | | | | | | 12 | 20 |

Notes:  Anticipated SPF 50.

Subject #s 1 - 4 tested at SPF 25.

Subject #s 5 - 13 tested at SPF 20.

\* = Data not included in calculations.

< = Data invalid; erythema present in all subsites.