**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE; and ANDREA FAHEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br>　　　　　Defendant. | Case No. 3:25-cv-01717-VAB<br><br>**CLASS ACTION COMPLAINT**<br><br>(JURY TRIAL DEMANDED) |

<u>**EMERGENCY MOTION FOR EXTENSION OF TIME PURSUANT TO LR 7**</u>

Agatha Lewandowska Giannese ("Plaintiff Lewandowska Giannese") and Andrea Fahey ("Plaintiff Fahey") (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (No. 41), Request for Judicial Notice (No. 42), and Motion to Stay Discovery (No. 43) pursuant to Local Rule 7. Compelling circumstances exist for this extension filed fewer than 3 days from today's deadline in that national counsel was seriously injured last night (lacerations) necessitating hospitalization. While counsel is in the process of being released today, his condition will not permit him to complete the opposition to Nos. 41, 42, and 43.

1.　　　The undersigned learned by email timestamped 11:57 a.m. from national counsel this afternoon, Frank Hedin, that he was involved last night in an accident resulting in serious personal injury as described above.

2.　　　The undersigned thereafter inquired of all non-moving parties, calling counsel for Defendant, leaving a message, and then emailed (12:44 p.m.) defense counsel and his team.  As of 1:46 p.m., the undersigned received consent to this Motion from counsel for Defendant (Trent Morris).

3.　　　Acknowledging that this Motion is filed in under 3 days, Plaintiffs submit that the reason for not submitting the Motion sooner is that the injury occurred last night, and the undersigned learned about the injury at approximately noon today.

4.      This is the first extension of time sought with regard to the Motions referenced herein.

5.      In light of the above, good cause exists for the requested extensions, and Plaintiffs submit that they have made a particularized showing that the time limitation in question cannot reasonably be met despite the diligence of the party seeking the extension.

WHEREFORE, plaintiffs respectfully request that the Court extend the deadlines for Nos. 41, 42, and 43 from May 22, 2026 through and including June 5, 2026.

Dated: May 22, 2026                Respectfully submitted,

_s/ James J. Reardon, Jr._
James J. Reardon, Jr. (ct13802)
**REARDON SCANLON LLP**
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Tel.: (860) 955-9455
Fax: (860) 920-5242
james.reardon@reardonscanlon.com

Frank S. Hedin (*pro hac vice*)
Elliot O. Jackson*
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
fhedin@hedinllp.com
ejackson@hedinllp.com

*Counsel for Plaintiffs and Putative Classes*

*\*Pro Hac Vice application forthcoming*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22th day of May, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

<u>    James J. Reardon, Jr.            </u>

- 3 -