# Exhibit 1

# PROTOCOL FOR EVALUATION OF SUN PROTECTION BY SPF DETERMINATION - (FDA) STATIC AND 80 MINUTES WATER RESISTANT TEST

Study Title: Evaluation of Sun Protection Factor by SPF determination (FDA) – Static and 80 Minutes Water Resistant Test

AMA Ref. No.: MS17.PROT.SPF.WR80.FDA.EPC

Study Site: AMA Laboratories, Inc.
216 Congers Road, Bldg. 1
New City, New York 10956

Sponsor: Edgewell™ Personal Care
75 Commerce Drive
Allendale, New Jersey 07401

AMA Lab. No.: TBA

Sponsor No.: SAMPLE DESCRIPTION

Approved by:

_Donna Muratschew, MD_

Donna Muratschew, M.D.
Study Director / Investigator

2/16/17

Date

For Edgewell™ Personal Care agreed and accepted by:

Glenn Wiener
Principal Scientist

Date

# TABLE OF CONTENTS

Page

I. Introduction................................................................................................3

II. Objective .................................................................................................3

III. Study Design .............................................................................................3

    A. Study Material ..............................................................................3
    B. Subject Selection..........................................................................3
    C. Panel Composition .......................................................................4
    D. Institutional Review Board ...........................................................5
    E. Informed Consent Form\Screening ............................................5
    F. Artificial Light Source..................................................................5
    G. Test Site Selection ......................................................................6
    H. MED Determination On Unprotected Skin ..................................6
    I. SPF Determination.......................................................................7

IV. SPF Calculations........................................................................................8

V. Adverse Experiences .................................................................................9

VI. Study Discontinuation................................................................................9

VII. Treatment of Data .....................................................................................9

    A. Rejection of Test Data.................................................................9
    B. Statistical Analysis .....................................................................9
    C. Reporting of Data .......................................................................9
    D. Archiving .................................................................................. 10

VIII. Quality Assurance Statement: ................................................................. 10

## PROTOCOL FOR EVALUATION OF SUN PROTECTION BY SPF DETERMINATION - (FDA) STATIC AND 80 MINUTES WATER RESISTANT TEST

### I.    INTRODUCTION:

Sunscreen protection against the full solar ultraviolet (UV) spectrum (290 - 400 nm) is measured and expressed as the Sun Protection Factor (SPF). Static SPF refers to the SPF determined without water immersion. This study will evaluate the static and water resistant SPF (post immersion) of one formula.

### II.    OBJECTIVE:

To evaluate the effectiveness of the test material as a sunscreen product by determining the static and water resistant Sun Protection Factor (SPF) on human skin employing the procedure defined by the FDA Sunscreen Final Rule; 21 CFR Parts 201 and 310 [Docket No. FDA-1978-N-0018] (formerly Docket No. 1978N-0038), RIN 0910-AF43, Labeling and Effectiveness Testing; Sunscreen Drug Products For Over-the Counter Human Use [FR Doc. 2011-14766 Filed 06/16/2011; Publication Date: 06/17/2011] using a Xenon arc solar simulator as the UV source.

### III.   STUDY DESIGN:

A.  Study Material:

One sunscreen product (AMA Lab No.: TBA; Client No.: SAMPLE DESCRIPTION) that has been reviewed and approved for use prior to the start of the study by Regulatory and Safety representatives of Sponsor (prior to the initiation of the study) will be tested. The 7% Padimate O / 3% Oxybenzone Standard will be used as a control.

B.  Subject Selection:

1.  Number of Subjects:

At least ten subjects to complete the study and who will produce valid data for analysis.

2.  Sex: Male or Female
3.  Age: 18 through 55 years
4.  Standards of Inclusion in the Study

a.  Individuals free of any dermatological or systemic disorder which would interfere with the results, at the discretion of the Investigator.
b.  Individuals free of any acute or chronic disease that might interfere with or increase the risk of study participation.

c.  Individuals with Fitzpatricks skin type I, II, and III only.
d.  Individuals with no uneven skin tones, pigmentation, scars, other irregularities or hair in test site areas that would interfere with SPF determination.
e.  Individuals who will complete a preliminary medical history form mandated by AMA Laboratories, Inc. and are in general good health.
f.  Individuals who will read, understand and sign an informed consent document relating to the specific type of study they are subscribing. Consent forms are kept on file and are available for examination on the premises of AMA Laboratories, Inc. only.
g.  Individuals able to cooperate with the Investigator and research staff, be willing to have test materials applied according to the protocol, and complete the full course of the study.
h.  Individuals willing to refrain from using any sunscreen products, sunbathing or tanning bed use, 24 hours prior to study initiation and the entire duration of the study.
i.  Individuals with excessive hair on their back who are willing to clip or shave their hair.

5.  Standards of Exclusion from the Study:

a.  Individuals who are under doctors care.
b.  Individuals who are currently taking any medication (topical or systemic) that may mask or interfere with the test results.
c.  Subjects with a history of any form of skin cancer, melanoma, lupus, psoriasis, connective tissue disease, diabetes or any disease that would increase the risk associated with study participation.
d.  Individuals diagnosed with chronic skin allergies.
e.  Individuals with a history of adverse effects upon sun exposure.
f.  Female volunteers who indicate that they are pregnant or nursing an infant.
g.  Individuals with blemishes, nevi, sunburn, suntan, scars, moles, active dermal lesions or uneven pigmentation in the test sites.
h.  Individuals with known hypersensitivity to any sunscreen products.

C.  Panel Composition:

The panel consisted of fair-skin individuals with skin types I, II or III defined as follows (Federal Register Vol. 64, No. 98: 27690, 1999).*

Type I   - Always burn easily; never tans
Type II  - Always burn easily; tans minimally
Type III - Burns moderately; tans gradually

*   Based on first 30 to 45 minutes sun exposure after a winter season of no sun exposure.

D. Institutional Review Board:

Reference: CFR Title 21 Part 56, Subparts A, B, C and D. The IRB of AMA Laboratories, Inc. consists of 5 or more individuals chosen from within the company for technical expertise and from the local community for lay interaction. The list of IRB members is kept on file at AMA Laboratories, Inc. and is available for inspection during the hours of operation.

E. Informed Consent Form/Screening:

An informed consent will be obtained from each volunteer prior to initiating the study describing study design, reasons for the study, possible adverse effects, associated risks and potential benefits of the treatment and their limits of liability. Panelists will sign and date the informed consent document to indicate their authorization to proceed and acknowledge their understanding of the contents. Each subject will be assigned a permanent identification number and complete an extensive medical history. These forms, along with the signed consent forms, will be available for inspection on the premises of AMA Laboratories, Inc. only. Reference 21 CFR Ch.1 Part 50, Subpart B.

A trained technician will perform a physical examination of the panelist's back to determine if study eligibility criteria are satisfied.

F. Artificial Light Source:

The light source, a 150 watt Xenon Arc Solar Simulator (Solar Light Co., Philadelphia, Pennsylvania, Model 14S) with a continuous emission spectrum from 290 to 400 nanometers will be used. Xenon arc is selected on the basis of its black body radiation temperature of 6000° K which produces continuous UV spectra (all wavelengths) substantially equivalent to that of natural sunlight[1].

This device is equipped with a dichroic mirror (reflects all radiation below 400nm) and which works in conjunction with a 1 mm thick Schott WG-320 filter (absorbs all radiation below 290 nm) to produce simulation of the solar UVA-UVB spectrum. A 1 mm thick UG 11 filter is attached to remove reflected (infra-red, greater than 700 nm) heat and remaining visible radiation. UVB radiation will be monitored continuously during exposure using a Model DCS-1 Sunburn UV Meter/Dose Controller System (Solar Light Co.) formerly known as the Robertson-Berger Sunburn Meter (R-B meter). Measurements will be taken at a position within 8 mm from the surface of the skin. The size of the exposure site will be $\geq 0.5$ cm$^2$. The solar simulator will be allowed a warm up time of at least 15 minutes before use and the power supply output will be recorded.

Realignment of the Light Sources and calibration of the sunburn meters are conducted semi-annually by independent certification facilities and more often as necessary at the discretion of the operating technician or Investigator.

A certificate for the Solar Simulator Emission Spectrum compliance is on file at AMA Laboratories, Inc. The spectroradiometric measurements are performed at least annually.

1/Berger, D.S.: Specification and Design of Solar Ultraviolet Simulators. <u>J. Invest Dermatol.</u> 53:192-199, 1969.

G. Test Site Selection:

The infrascapular area of the back to the right and left of the midline will be used. Within this area, 30 cm$^2$ rectangular test sites will be delineated with a gentian violet surgical skin marker. Sites will be observed to ensure uniform pigmentation, skin tone and texture, and absence of warts, moles, nevi, scars, blemishes and active dermal lesions. Any areas that might be expected to produce erratic results will not be used for UV exposures.

H. MED Determination on Unprotected Skin [MED(US)]:

One site will be used to determine Minimal Erythema Dose [MED(US)] of untreated and unprotected skin. A minimum of five UV exposures will be administered within this site to determine the subject's inherent MED(US). UV exposures will be calculated using a geometric progression of 1.*25"*. The MED will normally be determined within one week prior to testing. This MED will be used in determination of the series of UV radiation exposures to be administered to the protected site in subsequent testing of standard, test sunscreens.

Visual grading will be done at 16 to 24 hours post irradiation according to the following scale:

    0  =  No Erythema
    ?  =  Questionable Erythema
    1  =  Minimal Erythema
    2  =  Slight Erythema
    3  =  Well-Defined Erythema
    4  =  Erythema and Edema
    5  =  Erythema and Edema in vesicles

The series of UV-exposures should produce at least a first subsite without erythema (grade of <1) and one or more sites with responses ranging from minimal erythema to well-defined erythema. The lowest UV dose producing the endpoint of minimal erythema determines the individual's MED (grade 1).

Any instance of painful erythema or severe erythema with a grade of 3 or greater will be considered an adverse experience (See Section I. below).

Erythema grades will be recorded on a case report form provided by the Investigator.

All technical employees of AMA Laboratories, Inc. are required to take and pass a visual discrimination examination conducted by a Board Certified Ophthalmologist using the Farnsworth-Munsell 100 Hue Test as published which determines a person's ability to discern color against a black background. This test was additionally modified to include a flesh tone background more nearly approaching actual use conditions, wherein erythematous skin is graded according to intensity.

I. SPF Determination: Static / Water Resistant and MED of Unprotected Skin:

  1. Test Product Application:

     All products (oils, creams and most lotions) will be shaken and/or swirled with a glass rod before use. Test products and a 7% Padimate O / 3% Oxybenzone standard sunscreen will be evenly applied through plastic volumetric syringes to rectangular areas measuring 30 $cm^2$ in the amount of 2.0 mg/$cm^2$. Following static exposures test sample and in-house water resistant control will be applied on adjacent sites for water resistant testing. Dry products such as powders pastes or ointments that cannot be drawn into a syringe, will be weight, and then applied by spreading on the test site. Evenness of application will be verified by observation with a Woods Lamp and the product will be allowed to dry at least 15 minutes prior to UV exposure.

  2. UV Exposures:

     An unprotected site will receive a series of minimum five UV exposures based upon previously determined MEDu. The UV exposures for test products and PADIMATE O/OXYBENZONE SPF STANDARD will be calculated from previously determined MED (US) and the intended SPF. An in-house water resistant control will be employed in order to maintain precision integrity within these ranges. For products with an expected SPF less than 8, the exposures will be MEDu times 0.64x, 0.80x, 1.00x, 1.25x and 1.56x. For products with an expected SPF between 8 and 15, the exposures will be 0.69x, 0.83x, 1.00x, 1.20x and 1.44x. For products with an expected SPF greater than 15, the exposures will be MEDu times 0.76x, 0.87x, 1.00x, 1.15x and 1.32x where x equals the expected SPF of the product.

     Lamp irradiance will be monitored continuously throughout the duration of the UV exposures.

J. Water Immersion Procedure:

Following the static exposures, the panelist will begin the water immersion procedure. Immersion will be achieved indoors in a whirlpool tub with water circulating by a 1 h.p. pump at 3450 RPM. Each panelist will spend twenty minutes in the water, immediately followed by fifteen minute rest period out of the water until a total of eighty minutes in the water is achieved. The whirlpool bath will be set at 23°C to 32°C at moderate agitation. After the last immersion, the test sites will be air dried without toweling for at least fifteen minutes prior to irradiation. The water and air temperatures and relative humidity will be recorded.

## IV. SPF CALCULATIONS:

Determination of the Test Product's SPF Value:

Sixteen to twenty-four hours post-exposure, the subject will return to the laboratory for evaluation of erythema responses. The technician who evaluates the MED will not know the identity of the test product application sites and UV exposures. Also he/she will not be the same person to have applied the sunscreen product to the test site or administered the doses of UV radiation.

## Calculation of SPF:

SPF value for each test subject $(SPF_i)$ as will be calculated as follows:

$$SPF_i = \frac{MED_p}{MED_u}$$

The mean SPF $(\overline{SPF})$ and standard deviation $(s)$ value will be calculated. The standard error $(SE)$ will be determined.

$$SE = \frac{s}{\sqrt{n}}$$

The upper 5% point $(A)$ will be obtained from the Student's t distribution table with n-1 degrees of freedom $(t)$. $A$ will be calculated as follows:

$$A = t \cdot SE$$

The label SPF for panels using a minimum of 10 evaluable subjects is the largest whole number less than the mean SPF minus $A$.

$$Label\ SPF = \overline{SPF} - A$$

The SPF value of the SPF standard should fall within the standard deviation range of the expected SPF (i.e., $16.3 \pm 3.43$).

## V.   ADVERSE EXPERIENCES:

An adverse experience is defined as any medical event, intercurrent illness or injury related to study participation. All adverse experiences, the severity of which and relation to test products or procedures will be documented and reported to the sponsor. All adverse experiences will be followed to satisfactory resolution. Financial responsibility in its entirety in the treatment and resolution of any product related adverse reactions will be that of the Sponsor.

## VI.   STUDY DISCONTINUATION:

Criteria for the discontinuation of a subject during the study will include the following:

1. Significant protocol violation.
2. Serious adverse experience.
3. At the request of the subject.
4. At the Investigator's discretion where any unmanageable factor may interfere significantly with the protocol or interpretation of results.

## VII.   TREATMENT OF DATA:

A. Rejection of Test Data

Test results will not be accepted if:

1. An exposure series fails to elicit an MED(US) response on the untreated skin site. The test is considered a technical failure even if the MED(PS) response is observed in the protected site.
2. The responses on the protected area are randomly absent, indicating uneven product spreading, non-constant light irradiance or unstable product.
3. All exposures in a series elicit responses - thus prohibiting any MED calculation.
4. The subject was non-compliant (e.g. subject withdraws from the test due to illness or work conflicts or does not shield the exposed testing sites from further UV radiation until the MED is determined.)

B. Statistical Analysis:

The mean SPF for the control and test formulations will be calculated along with the standard error of the mean.

C. Reporting of Data:

The Investigator will submit a final report with all data to the Sponsor.

D. Archiving:

All original samples, raw data sheets, technicians notebooks, correspondence files, copies of final reports and remaining samples will be maintained on premises of AMA Laboratories, Inc. in limited access storage files marked "Archive". A duplicate disk copy of final report will be separately archived in a bank safe deposit vault.

## VIII. QUALITY ASSURANCE STATEMENT:

This study will be inspected in accordance with the Standard Operating Procedures of AMA Laboratories, Inc. To assure compliance with the study protocol, the Quality Assurance Unit will complete an audit of the study records and report.