**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE; and ANDREA FAHEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> EDGEWELL PERSONAL CARE BRANDS, LLC, <br><br><br> Defendant. | Case No.: 3:25-cv-01717-VAB <br><br> **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES FOR SERVICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Hogan Lovells US LLP, counsel for Defendant Edgewell Personal Care Brands, LLC, has changed its name to Hogan Lovells Cadwalader US LLP.  The firm's location, telephone number, and facsimile number remain unchanged. As a result of the firm name change, the email domain for all attorneys has changed to @hlc.com.  Accordingly, it is requested that email addresses for the following attorneys who have appeared in this matter be updated as follows, and that all documents in this case be served on all of the following email addresses:

| Attorney | New email address |
|---|---|
| Trenton H. Norris | trent.norris@hlc.com |
| George Langendorf | george.langendorf@hlc.com |

1

Dated: July 9, 2026                    Respectfully submitted,

                                       HOGAN LOVELLS CADWALADER US LLP

                                       */s/ Trenton H. Norris*
                                       Trenton H. Norris (General Bar No. 164781)
                                       4 Embarcadero Center, Suite 3500
                                       San Francisco, CA 94111
                                       Telephone: (415) 374-2300
                                       trent.norris@hlc.com

                                       *Attorneys for Defendant*
                                       *EDGEWELL PERSONAL CARE BRANDS, LLC*