**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| AGATHA LEWANDOWSKA GIANNESE; and ANDREA FAHEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC,<br><br><br>Defendant. | Case No.: 3:25-cv-01717-VAB |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**
**ON DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Agatha Lewandowska Giannese and Andrea Fahey, individually and on behalf of others similarly situated, believe oral argument will be helpful to the Court in deciding the issues in the pending motion to dismiss (ECF No. 41 (the "Motion")) the First Amended Class Action Complaint (ECF No. 40), and thus respectfully join in Defendant's request for oral argument on the Motion (ECF No. 41 at 1).

DATE: July 27, 2026

PLAINTIFFS, AGATHA LEWANDOWSKA GIANNESE, ANDREA FAHEY, and Proposed Classes

By: */s/ James J. Reardon, Jr.*
REARDON SCANLON LLP
45 South Main Street, Suite 305
West Hartford, CT 06107
Tel. No: (860) 955-9455
Fax: (860) 520-5242
james.reardon@reardonscanlon.com

Frank S. Hedin (*pro hac vice*)
HEDIN LLP
1395 Brickell Ave, Ste 610

Miami, FL 33131
Tel.: (305) 357-2107
Fax: (305) 200-8801

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ *James J. Reardon, Jr.*
James J. Reardon, Jr.